

**Manning Law Office, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
(949) 200-8755

| | | |
|---|---|---|
| **CLIENT:** | Carmen John Perri v. D&R Restaurant, et al. Case No. 2:19-cv-08032-PA-MAA | |
| **ACCOUNTING:** | ATTORNEY HOURS WORKED/Hourly Value | |
| **HOURLY RATE: $** | Joseph R. Manning, Jr. (JRM) $450 / Associate Attorney (AA) $375 | |

| Date | Task | Attorney | Hours | Billing Amount |
|---|---|---|---|---|
| 8/30/2019 | Reviewed information received from client | JRM | 0.5 | $225.00 |
| 9/1/2019 | Met with client and discussed case. | JRM | 0.25 | $112.50 |
| 9/2/2019 | Examined the alleged violations of the ADA Access Guidelines at the property and confirmed they are not ADA compliant as set forth in the Complaint. | JRM | 1 | $450.00 |
| 9/3/2019 | Conducted research of public records to determine identities of business owner and owner of the real property | AA | 1 | $375.00 |
| 9/8/2019 | Edit/draft complaint for filing. | JRM | 1 | $450.00 |
| 9/15/2019 | Reviewed and executed the front matter (civil case coversheet, summons, etc.). | AA | 0.5 | $187.50 |
| 10/31/2019 | Responded to the court's OSC re supplemental jurisdiction. | AA | 1 | $375.00 |
| 9/21/2019 | Reviewed court-issued summons, Notice of Assignment, Standing order. | AA | 0.4 | $150.00 |
| 11/6/2019 | Reviewed and executed the Request for Entry of Default; review file generally to confirm service proper and effected as to proper defendant. | AA | 0.7 | $262.50 |
| 11/25/2019 | Drafted delcaration on behalf of client in support of Plaintiff's Application for Entry of Default Judgment. Contacted client to execute declaration. | AA | 0.6 | $225.00 |
| 11/26/2019 | Drafted Notice of Motion and Motion for Application for Entry of Default Judgment, and declaration in support. Compiled exhibits and instructed staff to file. | AA | 1.7 | $637.50 |
| 12/2/2019 | Review Default Package and Approve | JRM | 0.5 | $225.00 |
| | | | | |
| | **Litigation Expenses** | | | |
| | Filing Fees | | | $400 |
| | Service Cost | | | $138 |
| | | | | |

| | | | |
|---|---|---|---|
| | Total Bill | | $4,213 |