1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>            Plaintiff,<br><br>v.<br><br><br>D&R RESTAURANT, INC., a California corporation; DANILO S FELICIANO, an individual; REGINA DAISY C. FELICIANO, an individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.:  2:19-cv-08032-PA-MAA<br><br><br>Proposed Judgment Re: Default Judgment |

Proposed JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon review of the court files, the application for default judgment, the declarations submitted in support of default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff CARMEN JOHN PERRI shall have JUDGMENT in his favor against Defendants D&R RESTAURANT, INC., a California corporation; DANILO S FELICIANO, an individual; REGINA DAISY C. FELICIANO, an individual (collectively, "Defendants"), for Defendants' violation of the ADA, 42 U.S.C. § 12181, et. seq., as follows:

(1) Injunctive relief enjoining Defendants from further violations of the ADA, 42 U.S.C. § 12181, et. seq., and mandating that Defendant provide an ADA compliant premises located at 12155 East South Street, Artesia, CA 90701 that is readily achievable.

(2) Attorneys' fees and costs in the amount of $4,123.00.

DATED:

_____
Hon. Percy Anderson
**United States District Judge**