**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CARMEN JOHN PERRI,

Plaintiff,

v.

D & R RESTAURANT, INC., DANILO FELICIANO, REGINA FELICIANO, and DOES 1-10, inclusive,

Defendants.

No. CV 19-8032 PA (MAAx)

JUDGMENT AND PERMANENT INJUNCTION

In accordance with the Court's January 28, 2020 Order granting the Motion for Default Judgment filed by plaintiff Carmen John Perri ("Plaintiff"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff shall have judgment in his favor and against defendants D & R Restaurant, Inc., Danilo Feliciano, and Regina Feliciano (collectively "Defendants"); and

2. Defendants shall pay to Plaintiff the total amount of $1,647.50 (itemized as attorneys' fees of $1,247.50 and a filing fee of $400.00); and

3. Defendants are ordered to provide accessible parking space, bathroom door knob, and urinal at the property located at 12155 East South Street, Artesia, California, in compliance with the Americans with Disabilities Act Accessibility Standards; and

4. Plaintiff shall have his costs of suit.

DATED: January 28, 2020

Percy Anderson
United States District Judge